UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br><br><br><br>Santiago Kareem RUBIO,<br><br><br><br><br>Defendant. | Magistrate Docket No. **09 MJ 3 2 8 6**<br><br>COMPLAINT FOR VIOLATION OF:<br>Title 8, USC 1324(a)(1)(A)(ii) Transportation of Illegal Aliens |

The undersigned complainant being, duly sworn, states:

On or about October 30, 2009, within the Southern District of California, defendant Santiago Kareem RUBIO, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that certain aliens, namely, Hilario ARISTEO-Bautista, Pedro Damian MARQUEZ-Velazquez and Benito MARTINEZ-Marcelino, had come to, entered and remained in the United States in violation of law, did transport and move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Ismael Canto
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 2nd DAY OF November, 2009

Barbara L. Major
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
Santiago Kareem RUBIO

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

Furthermore, the complainant states that Pedro Damian MARQUEZ-Velazquez, Benito MARTINEZ-Marcelino and Hilario ARISTEO-Bautista, are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On October 30th, 2009 Supervisory Border Patrol Agent G. Hermousura and Border Patrol Agent R. Gonzalez were performing assigned duties on All-Terrain-Vehicles in the Imperial Beach Border Patrol Station¿s area of responsibility. At approximately 1:10 PM, they received a report from the station of possible alien smuggling activity near the Sewage Treatment Plant near the border. A citizen reported a large number of people were loading into a dark colored van in an urgent manner in the area near Clearwater Avenue. This area is approximately two miles west of the port of entry at San Ysidro, California and 300 yards north of the border with Mexico. This area is commonly used by alien smugglers because of its close proximity to the border and easy access to public roads in order to deploy vehicles to the area, pick illegal aliens and flee the area in a short amount of time.

Agents Hermousura and Gonzalez responded to the area and a observed a dark colored mini-van matching the description traveling at a high rate of speed. The vehicle was heading north on a dirt road toward Clearwater Avenue. The agents positioned themselves north of the vehicle. When the driver saw the two uniformed agents ahead of him he stopped the mini-van approximately 35 yards short of them and exited the vehicle. The agents observed a young man wearing a dark top and dark bottom flee from the vehicle toward a nearby parking lot.

Agents Hermousura, and Gonzalez approached the vehicle and observed a large number people laying in the back passenger where the seats had been removed. They identified themselves as Border Patrol Agents and queried the group as to their immigration status. Each of the 13 individuals admitted to being citizens and nationals of Mexico illegally present in the United States. Agent Hermousura secured the van and directed Agent Gonzalez to apprehend the driver.

After a brief search of the nearby parking lot, Agent Gonzalez found a young man matching the clothing description hiding up under a parked pick-up hanging from the drive axle. Agent Gonzalez coaxed the man, defendant Santiago Kareem RUBIO, from under the truck and placed him into custody. The defendant was escorted back to the load vehicle. Upon prompting by Agent Gonzalez the defendant stated that he was a United States citizen.

At approximately 1:30 PM, the defendant and thirteen illegal aliens were arrested and transported to Imperial Beach Border Patrol Station for further processing.

STATEMENT OF DEFENDANT SANTIAGO KAREEM RUBIO:

The defendant was advised of his rights as per the Miranda Warning. The defendant understood his rights and agreed to be interviewed without representation. The defendant admits to being the load driver. He was to be paid $1300 US for driving the van. He knew that the people were illegal aliens and he knew it was illegal to smuggle aliens in the United States.

**CONTINUATION OF COMPLAINT:**

Santiago Kareem RUBIO

STATEMENT OF MATERIAL WITNESSES:

Material witnesses Pedro Damian MARQUEZ-Velazquez, Benito MARTINEZ-Marcelino, and Hilario ARISTEO-Bautista admit to being citizens and nationals of Mexico illegally present in the United States. They agreed in summary to the following;

The witnesses admitted to making arrangements in Tijuana, Baja California Mexico to be smuggled into the United States for amounts ranging from $2900 to $3500 US. Their final destinations were; Los Angeles for MARQUEZ, San Diego for MARTINEZ and New Jersey for ARISTEO. On On October 30, 2009 they met at the border fence in Tijuana where a group of approximately 20 people had gathered including approximately 3 guides. The guides told the group that when the cleared the fence they were to proceed to an awaiting van. When told to do so they scaled the 6 to 8 foot fence. Not all of them could make it over. The guides stayed behind as well. As soon as the group crossed they headed toward the awaiting van where all boarded it and rode in it until stopped by the Border Patrol.

From a photographic lineup all three picked the defendant as the driver of the van.

Executed on October 31, 2009 at 10:00 am.

Irene S. Aguirre
Border Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 2 page(s), I find probable cause to believe that the defendant named in this probable cause statement committed the offense on October 30, 2009, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

Barbara L. Major
U.S. Magistrate Judge

10/31/09 at 11:09 Am
Date/Time